IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW U. D. STRAW,

    Plaintiff,

v.

U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF
WISCONSIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-842-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for plaintiff Andrew U.D. Scott's failure to state a claim.

/s/                                                12/1/2017

Peter Oppeneer, Clerk of Court                  Date