No. 17-

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

ANDREW U. D. STRAW, An Attorney
*Respondent-Appellant,*

Appeal from the United States District Court
For the Western District of Wisconsin
Case No. 1:17-cv-842-JDP
The Honorable Judge James D. Peterson

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that respondent, Andrew U. D. Straw, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment by the Honorable James D. Peterson entered on this December 14, 2017, Docket number 13, including all prior interlocutory rulings. The primary reasons for appeal include the total lack of a hearing before suspending me, required by 7th Circuit precedent, and the total lack of actual notice of the suspension either before the suspension or afterwards. Respectfully submitted this 14th Day of December, 2017.

                                                  Andrew U. D. Straw, *Proceeding Pro Se*
                                                  Telephone: (574) 971-0131
                                                  Email: andrew@andrewstraw.com

1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173